# United States Bankruptcy Court
## District of Nevada

Case No. <u>10–26496–lbr</u>
**Chapter 7**

In re: (Name of Debtor)
    HARRY JOSEPH SPADARO      PAT SPADARO
    10025 DOVE RIDGE DR.      10025 DOVE RIDGE DR.
    LAS VEGAS, NV 89117      LAS VEGAS, NV 89117

Social Security No.:
    xxx–xx–5757      xxx–xx–3329

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT JAMES F. LISOWSKI SR. is discharged as trustee of the estate of the above named debtor(s).

The Chapter 7 case of the above named debtor(s) is closed.

Dated: 1/28/11      BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court